| | |
|---|---|
| Laurie Edelstein (CA Bar #164466)<br>STEPTOE & JOHNSON LLP<br>One Market Plaza<br>Spear Tower, Suite 3900<br>San Francisco, CA 94105<br>Telephone: (415) 365-6700<br>Facsimile: (415) 365-6699<br>ledelstein@steptoe.com<br><br>James R. Nuttall (*admitted pro hac vice*)<br>Michael Dockterman (*pro hac vice* to be filed)<br>Tron Fu (*pro hac vice* to be filed)<br>Robert F. Kappers (*pro hac vice* to be filed)<br>STEPTOE & JOHNSON LLP<br>227 West Monroe Street, Suite 4700<br>Chicago, IL 60606<br>Telephone: (312) 577-1300<br>Facsimile: (312) 577-1370<br>jnuttall@steptoe.com<br>mdockterman@steptoe.com<br>tfu@steptoe.com<br>rkappers@steptoe.com | Christopher A. Suarez (*pro hac vice* to be filed)<br>STEPTOE & JOHNSON LLP<br>1330 Connecticut Ave., NW<br>Washington, DC 20036<br>Telephone: (202) 429-3000<br>Facsimile: (202) 429-3902<br>csuarez@steptoe.com<br><br>Timothy Devlin (#4241)<br>DEVLIN LAW FIRM LLC<br>1306 N. Broom Street, 1st Floor<br>Wilmington, Delaware 19806<br>Telephone: (302) 449-9010<br>Facsimile: (302) 353-4251<br>tdevlin@devlinlawfirm.com<br>*Counsel for Plaintiff Express Mobile, Inc.* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| EXPRESS MOBILE, INC.,<br><br>        Plaintiff,<br><br>  v.<br><br>WIX.COM, LTD. and WIX.COM, INC.,<br><br>        Defendants. | Case No. 19 Civ. 06559 (RS)<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATED REQUEST TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE** AS MODIFIED BY THE COURT<br><br>Action Filed: October 11, 2019 |

STEPTOE & JOHNSON LLP
One Market Plaza, Spear Tower, Suite 3900
San Francisco, CA 94105

WHEREAS, Express Mobile filed this action against Defendants Wix.com, Ltd. and Wix.com, Inc. on October 11, 2019;

WHEREAS, counsel for Express Mobile and counsel for Defendants agreed that Defendants shall have until February 13, 2020 to answer or otherwise respond to Express Mobile's complaint and extending the time for Defendants to answer or otherwise respond to Express Mobile's complaint does not affect any existing dates already fixed by the Court;

WHEREAS, this Court has set an Initial Case Management Conference for January 30, 2020, and the parties agree that the interests of judicial efficiency and conservation of the parties' and the Court's resources would be best served by continuing the date of the Initial Case Management Conference until after Defendants respond to the Complaint;

WHEREAS, there have been no previous extensions in this case;

THEREFORE, good cause having been shown, IT IS HEREBY ORDERED that the Initial Case Management Conference originally set for January 30, 2020 is rescheduled to <u>March 12, 2020</u>, a date after Defendants' response to the complaint is due on February 13, 2020.   Case Management Statement Due on March 5, 2020.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  December  3 , 2019

_____
The Honorable Richard G. Seeborg
United States District Court Judge