1  SEAN M. SELEGUE (SBN 155249)
   sean.selegue@arnoldporter.com
2  **ARNOLD & PORTER KAYE SCHOLER LLP**
   Three Embarcadero Center, 10th Floor
3  San Francisco, California  94111
   Telephone:     (415) 471-3100
4  Facsimile:     (415) 471-3400

5
   *Attorneys for*
6  FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, LLP

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| EXPRESS MOBILE, INC., | Case No. 3:19-cv-06559-RS |
| Plaintiff, | **STIPULATION AND ORDER REGARDING SCHEDULING OF PLAINTIFF'S MOTION TO DISQUALIFY DEFENSE COUNSEL** |
| vs. | |
| WIX.COM, LTD. and WIX.COM, INC., | |
| Defendants. | |

All parties respectfully submit this Stipulation to adjust the briefing and hearing dates regarding Plaintiff's Motion to Disqualify Counsel for Defendants (the "Motion") filed on April 3, 2020 and currently set for hearing on May 14, 2020. This Stipulation is supported by the accompanying Declaration of Sean M. SeLegue.

1. In light of pre-existing commitments of defense counsel as well as counsel for Finnegan, Henderson, Farabow, Garrett & Dunner LLP, subject of the disqualification motion, as well as the Passover holiday, the parties have stipulated to request that the deadline to oppose the Motion be extended two weeks from April 17, 2020 to May 1, 2020 and the deadline for Plaintiff's reply likewise be extended two weeks from April 24, 2020 to May 8, 2020.

2. The parties also request that the hearing date be rescheduled to May 28, 2020 at 1:30 p.m. or, alternatively, to June 4 or June 11, 2020, at 1:30 p.m.

3. The parties previously agreed to an extension of Defendants' deadline to answer or otherwise respond to Plaintiff's Complaint (*see* ECF No. 17), and the Court, pursuant to stipulation, rescheduled the Initial Case Management Conference (*see* ECF No. 18).

4. The requested time modifications will not otherwise affect the schedule in this case.

Dated: April 13, 2020  **ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/ *Sean M. SeLegue*
Sean M. SeLegue

*Attorneys for*
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP

Dated: April 13, 2020  **STEPTOE & JOHNSON LLP**

By: /s/ *Michael Dockterman*
Michael Dockterman (admitted *pro hac vice*)

227 West Monroe Street, Suite 4700
Chicago, IL 60606
Telephone: (312) 577-1300
Facsimile: (312) 577-1370
mdockterman@steptoe.com

*Attorneys for Plaintiff*
EXPRESS MOBILE, INC.

| | | |
|---|---|---|
| 1 | Dated: April 13, 2020 | **FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP** |
| 2 | | |
| 3 | | By: /s/ *Gerson S. Panitch* |
| | | Gerson S. Panitch (admitted *pro hac vice*) |
| 4 | | 901 New York Avenue, N.W. |
| 5 | | Washington, D.C. 20001-4413 |
| | | Telephone: (202) 408-4000 |
| 6 | | Facsimile: (202) 408-4400 |
| | | gerson.panitch@finnegan.com |
| 7 | | *Attorneys for Defendants* |
| | | WIX.COM, LTD. and WIX.COM, INC. |

## ATTESTATION OF E-FILER

In compliance with Civil Local Rule 5-1(i)(3), the undersigned ECF user whose identification and password are being used to file this document, hereby attests that all signatories listed herein, and on whose behalf this filing is submitted, have conferred about the content of this document and have authorized this filing.

/s/ *Sean M. SeLegue*
Sean M. SeLegue

# ORDER

**PURSUANT TO STIPULATION, IT IS ORDERED AS FOLLOWS:**

The deadline to oppose Plaintiff's Motion to Disqualify Counsel for Defendants (the "Motion") is extended to May 1, 2020. The deadline for Plaintiff's reply is extended to May 8, 2020.

The hearing on the Motion is rescheduled to __June 4__, 2020, at 1:30 p.m.

Dated: __April 13, 2020__

_/s/ Richard Seeborg_
THE HON. RICHARD SEEBORG
United States District Judge