| | |
|---|---|
| Jeffrey D. Smyth (SBN 280665)<br>  jeffrey.smyth@finnegan.com<br>**FINNEGAN, HENDERSON, FARABOW,**<br>  **GARRETT & DUNNER, LLP**<br>3300 Hillview Avenue<br>Palo Alto, California  94304<br>Telephone:     (650) 849-6600<br>Facsimile:      (650) 849-6666 | Laurie Edelstein (SBN 164466)<br>  ledelstein@steptoe.com<br>**Steptoe & Johnson LLP**<br>One Market Plaza<br>Spear Tower, Suite 3900<br>San Francisco, CA 94105<br>Tel: (415) 365-6770 /<br>Facsimile:      (415) 365-6670 |
| *additional attorneys listed in signature block* | *additional attorneys listed in signature block* |
| *Attorneys for Defendants*<br>*Wix.com, Ltd. and Wix.com, Inc.* | *Attorneys for Plaintiff*<br>*Express Mobile, Inc.* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| EXPRESS MOBILE, INC.,<br><br>                    Plaintiff,<br><br>      v.<br><br>WIX.COM, LTD. and WIX.COM, INC.,<br><br>                    Defendants. | Case No. 19 Civ. 06559 (RS)<br><br>**STIPULATION AND  ORDER PERMITTING SUBSTITUTION OF COUNSEL, DISMISSING DISQUALIFICATION MOTION AS MOOT, AND VACATING SCHEDULING ORDER**<br><br>Judge:    Hon. Richard Seeborg<br>Courtroom:       3<br><br>Action Filed:  October 11, 2019 |

STIPULATION AND ORDER RE: MOTION TO DISQUALIFY     CASE NO.  19 CIV. 06559 (RS)

Pending before this Court is Express Mobile's Disqualification Motion (Dkt. No. 43). WiX.com, Ltd and WiX.com Inc. (collectively "WiX") has decided to substitute new counsel rendering moot the Disqualification Motion. WiX will require time to engage new counsel and for new counsel to become familiar with the case. The parties recognize that because validity contentions are due in less than three weeks and because the claim construction schedule is set to be begin within weeks thereafter, the current schedule will need to be vacated and a new scheduling order will ultimately need to be entered after new counsel appears. Therefore, the parties stipulate as follows:

1. Filed concurrently herewith is a motion for leave by Finnegan, Henderson, Farabow, Garrett & Dunner, LLP (Finnegan) to withdraw from its representation of WiX in this civil action. The parties stipulate to the Court's immediate granting of that withdrawal motion.
2. In view of Finnegan's withdrawal, Express Mobile's pending motion for Disqualification (Dkt. No. 43) is dismissed as moot and the hearing scheduled for June 4, 2020, is vacated.
3. WiX will have until July 1, 2020 for new counsel to enter an appearance in this action.
4. All dates in the Scheduling Order (Dkt. No. 39) are vacated.
5. The parties will meet and confer on or before July 15, 2020, to discuss a new schedule.

Dated: June 2, 2020

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP

By: /s/ *Jeffrey D. Smyth*
Jeffrey D. Smyth (SBN 280665)
 jeffrey.smyth@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
3300 Hillview Avenue
Palo Alto, California 94304
Telephone:   (650) 849-6600
Facsimile:   (650) 849-6666

*Attorneys for Defendants*
WIX.COM, LTD. and WIX.COM, INC.

**STEPTOE & JOHNSON LLP**
One Market Plaza, Spear Tower, Suite 3900
San Francisco, CA 94105

STIPULATION PERMITTING SUBSTITUTION OF COUNSEL, DISMISSING DISQUALIFICATION MOTION AS MOOT, AND VACATING SCHEDULING ORDER   CASE NO. 19 CIV. 06559 (RS)

1

Dated: June 2, 2020

**STEPTOE & JOHNSON LLP**
By: /s/ *Michael Dockterman*
Michael Dockterman (admitted *pro hac vice*)
227 West Monroe Street, Suite 4700
Chicago, IL 60606
Telephone: (312) 577-1300
Facsimile: (312) 577-1370
mdockterman@steptoe.com

*Attorneys for Plaintiff*
EXPRESS MOBILE, INC.

STEPTOE & JOHNSON LLP
One Market Plaza, Spear Tower, Suite 3900
San Francisco, CA 94105

STIPULATION PERMITTING SUBSTITUTION OF COUNSEL, DISMISSING DISQUALIFICATION MOTION AS MOOT, AND VACATING SCHEDULING ORDER   CASE NO. 19 CIV. 06559 (RS)
2

**ATTESTATION OF E-FILER**

In compliance with Civil Local Rule 5-1(i)(3), the undersigned ECF user whose identification and password are being used to file this document, hereby attests that all signatories listed herein, and on whose behalf this filing is submitted, have conferred about the content of this document and have authorized this filing.

Dated:  June 2, 2020

*/s/ Jeffrey D. Smyth*
Jeffrey D. Smyth (SBN 280665)

STEPTOE & JOHNSON LLP
One Market Plaza, Spear Tower, Suite 3900
San Francisco, CA 94105

STIPULATION PERMITTING SUBSTITUTION OF COUNSEL, DISMISSING DISQUALIFICATION MOTION AS MOOT, AND VACATING SCHEDULING ORDER   CASE NO.  19 CIV. 06559 (RS)
3

# ORDER

**PURSUANT TO STIPULATION, IT IS ORDERED AS FOLLOWS:**

1. Finnegan's concurrently filed motion to withdraw as counsel in this civil action is granted.

2. Express Mobile's pending motion for Disqualification (Dkt. No. 43) is dismissed as moot and the hearing scheduled for June 4, 2020, is vacated.

3. WiX shall have until July 1, 2020, for new counsel to enter an appearance in this action.

4. The current Scheduling Order (Dkt. No. 39) is vacated.

5. The parties shall meet and confer on or before July 15, 2020, to discuss a new schedule.

Dated: June 2, 2020

_____
THE HON. RICHARD SEEBORG
United States District Judge

STEPTOE & JOHNSON LLP
One Market Plaza, Spear Tower, Suite 3900
San Francisco, CA 94105

STIPULATION PERMITTING SUBSTITUTION OF COUNSEL, DISMISSING DISQUALIFICATION MOTION AS MOOT, AND VACATING SCHEDULING ORDER   CASE NO. 19 CIV. 06559 (RS)
4