James Nuttall
312 577 1260
jnuttall@steptoe.com



227 W. Monroe
Suite 4700
Chicago, IL 60606
312 577 1300 main
www.steptoe.com

August 28, 2020

**VIA ECF**

The Honorable Richard Seeborg
U.S. District Court for the Northern District of California
Phillip Burton Federal Building and United States Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:    *Express Mobile, Inc. v. Wix.com Ltd.*, No. 3:19-cv-06559-RS

Dear Judge Seeborg,

    On August 24, 2020, the Court assigned the above case to Magistrate Judge Corley for discovery. Express Mobile writes respectfully to inform the Court that Judge Corley is assigned as the settlement Magistrate Judge in a related Express Mobile matter involving the asserted patents—*X. Commerce, Inc. v. Express Mobile, Inc.*, No. 3:17-cv-02605-RS. Judge Corley has conducted a settlement conference in the X. Commerce case and is scheduled to conduct another settlement conference. Magistrate Judge Ryu is assigned as the discovery Magistrate Judge in the *X. Commerce* case. Express Mobile respectfully requests that as in the *X. Commerce* case, the discovery Magistrate Judge in the *Wix* matter be a Magistrate Judge who is not involved in the settlement of the Express Mobile matters.

                                                                           Respectfully submitted,

                                                                           James R. Nuttall
                                                                           *Counsel for Express Mobile, Inc.*

cc: Counsel of Record