DURIE TANGRI LLP
TIMOTHY C. SAULSBURY (SBN 281434)
tsaulsbury@durietangri.com
ADAM R. BRAUSA (SBN 298754)
abrausa@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:   415-362-6666
Facsimile:    415-236-6300

Attorneys for Defendants
WIX.COM, LTD. and WIX.COM, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EXPRESS MOBILE, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>WIX.COM, LTD. and WIX.COM, INC.,<br><br>    Defendants. | Case No. 3:19-cv-06559-RS<br><br>**JOINT STIPULATED REQUEST AND ORDER TO EXTEND TIME**<br>Ctrm:  3-17th Floor<br>Judge:  Honorable Richard Seeborg |

Pursuant to Northern District of California Civil Local Rules 6-2 and 7-12, Plaintiff Express Mobile, Inc. and Defendants Wix.com, Ltd. and Wix.com, Inc. stipulate and request that the briefing schedule and hearing dates for Plaintiff's Motion for Leave to Amend Its Complaint be extended as follows:

| Description | Current Date | Date |
| --- | --- | --- |
| Defendants' Opposition Brief | September 28, 2020 | October 8, 2020 |
| Plaintiff's Reply Brief | October 5, 2020 | October 22, 2020 |
| Hearing | October 22, 2020 | November 5, 2020 |

In support of the parties' stipulated request, the parties submit the contemporaneously filed declaration of Timothy C. Saulsbury, which sets forth the following facts:

1. On September 14, 2020, Plaintiff filed a Motion for Leave to Amend Its Complaint, with a noticed hearing date of October 22, 2020.

2. Defendants' opposition to Plaintiff's Motion for Leave to Amend Its Complaint is currently due on September 28, 2020, and Plaintiff's reply is currently due on October 5, 2020.

3. The parties have conferred and jointly agree to the requested extension.

4. The stipulated and requested change will alter only the briefing schedule and hearing date for Plaintiff's Motion for Leave to Amend Its Complaint.  It will not alter any event or deadline set forth in the Court's Further Case Management Scheduling Order (dkt. no. 71) or any other event or deadline in the case.

SO STIPULATED.

Dated:  September 24, 2020                    DURIE TANGRI LLP

                                              By:      /s/ *Timothy C. Saulsbury*
                                                         TIMOTHY C. SAULSBURY

                                              Attorneys for Defendants
                                              WIX.COM, LTD. and WIX.COM, INC.

Dated: September 24, 2020                              STEPTOE & JOHNSON LLP

                                                By:  /s/ *Katherine H. Johnson* (authorization by email)
                                                         KATHERINE H. JOHNSON

                                                Attorneys for Plaintiff
                                                EXPRESS MOBILE, INC.,

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Timothy C. Saulsbury, attest that concurrence in the filing of this document has been obtained.

Dated: September 24, 2020                                /s/ *Timothy C. Saulsbury*
                                                         TIMOTHY C. SAULSBURY

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 24, 2020                        HONORABLE RICHARD SEEBORG.
                                                 UNITED STATES DISTRICT JUDGE