UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXPRESS MOBILE, INC., <br><br> Plaintiff, <br><br> v. <br><br> WIX.COM, LTD, et al., <br><br> Defendants. | Case No. 19-cv-06559-RS <br><br> **ORDER GRANTING LEAVE TO AMEND INFRINGEMENT CONTENTIONS** |

Plaintiff filed a motion for leave to amend its infringement contentions, representing the motion was unopposed. Defendant filed a written response and twelve pages of an attorney declaration with exhibits, which sets out its disagreement with plaintiff's recitations and characterizations of the factual background, but which acknowledges it does not oppose the motion, "because it does not wish to burden the Court." Good cause appearing, the motion is granted.

**IT IS SO ORDERED**.

Dated: January 13, 2022

RICHARD SEEBORG
Chief United States District Judge